FILED

2025 AUG 20 PM 12: 05

US DISTRICT COURT
EASTERN DIST. TENN.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROMAN KHLYNOVSKIY<br>a.k.a. ROMAN HLYNOVSKIY<br>a.k.a. РОМАН ХЛЫНОВСКИЙ,<br><br>Defendant. | ) | No. 3:25-CR-84<br>Varlan/McCook<br><br>**FILED UNDER SEAL** |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its counsel, Jeremy S. Dykes, Assistant United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this matter.

While Defendant Roman Khlynovskiy is currently in the custody of Italian authorities, there is reason to believe there are other unidentified targets who are likely foreign nationals. These targets pose a very substantial risk of flight, evasion of overseas arrest, and destruction of evidence, which, in turn, would jeopardize the investigation if the charges are made public before those targets are arrested and subjected to anticipated extradition proceedings.

The investigation to which this Indictment relates is complex, ongoing and pertains to a ransomware incident involving victims in the Eastern District of Tennessee and elsewhere. In this case an order to seal would be appropriate because the Indictment relates to an ongoing criminal investigation that is neither public nor known to the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of this Indictment will seriously jeopardize the investigation, including by giving the targets an opportunity to flee or continue flight from

prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the investigation the targets under investigation may delete that evidence.

So as not to alert potential targets of this investigation, it is respectfully requested that the Court seal the Indictment. The United States further requests, however, that the Court permit an exception to the seal that permits us to share the Indictment and the associated arrest warrant with others within the United States Government and foreign governments for the limited purposes of enabling us to extradite the defendant and to further the existing investigation.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: ______________________________

Jeremy S. Dykes
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Jeremy.Dykes@usdoj.gov
Maryland Bar No. 0612120236