FILED

2025 AUG 20 PM 12: 05

US DISTRICT COURT
EASTERN DIST. TENN.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN KHLYNOVSKIY<br>a.k.a. ROMAN HLYNOVSKIY<br>a.k.a. РОМАН ХЛЫНОВСКИЙ,<br><br>Defendant. | ) | No. 3:25-CR-84<br>Varlan/McCook<br><br>**FILED UNDER SEAL** |

## SEALING ORDER

For good cause shown, the Court finds it is proper to Order that the Indictment be sealed pending further Order of this Court. The Court permits an exception to the seal that permits the United States to share the Indictment and the associated arrest warrant with others within the United States Government and foreign governments for the limited purpose of enabling them to extradite the defendant and to further the existing investigation.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

This 20th day of August, 2025.

[signature]
United States Magistrate Judge