# CRIMINAL CASE COVER SHEET

By: ☒ INDICTMENT ☐ SUPERSEDING Case Number: 3:25-CR-84
☐ INFORMATION (*Requires AO 455 Waiver of Indictment for Felony Cases*)
☐ RULE 20

USA v. Roman Khlynovskiy a.k.a. ROMAN HLYNOVSKIY a.k.a. РОМАН ХЛЫНОВСКИЙ

☒ Felony ☐ Class A Misdemeanor (*AO 86A Consent form required at Initial Appearance*)
☐ Misdemeanor (Not Class A) ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: Jeremy S. Dykes

Matter Sealed: X YES NO
☐ Interpreter Required Language:

Place of Offense: Knox County

Issued: ☐ WARRANT ☐ SUMMONS ☐ WRIT (*Motion to be filed*)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☒ FBI Other:

Current Trial Date (*if any*): before Judge

☐ Criminal Complaint Filed Case Number:
☐ Defendant on Supervised Release Case Number:

Related Case/Attorney:

Case Number: Attorney:

Reason for Related Case Determination:

Defense Counsel (*if any*):

☐ Federal Defender ☐ CJA ☐ Retained

Appointed by Target Letter Case Number:
Appointed in Pending Indictment Case Number:

CHARGES: Total number of Counts for this Defendant: 5

Attorney Signature: ______________________

# CRIMINAL CASE COVER SHEET

Case Number: 3:25-CR-__________

USA v. Roman Khlynovskiy a.k.a. ROMAN HLYNOVSKIY a.k.a. РОМАН ХЛЫНОВСКИЙ

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| 18 U.S.C. §§ 371, 1028, 1030 and 3559(g) | Conspiracy to Commit Fraud and Related Activity in Connection with Computers and Identity Theft | Y | Y | |
| 18 U.S.C. §§ 1349 and 3559(g) | Conspiracy to Commit Wire Fraud | Y | Y | |
| 18 U.S.C. §§ 1030 (a)(7)(B) and (a)(7) (C), 2 and 3559(g) | Extortion Involving Computers | Y | Y | |
| 18 U.S.C. §§ 1956 (h) and 3559(g) | Conspiracy to Commit Money Laundering | Y | Y | |
| 47 U.S.C. § 223, 18 U.S.C. §§ 2 and 3559(g) | Threats to Commit Intentional Disclosure of Nonconsensual Intimate Images | Y | Y | |