UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMAN KHLYNOVSKIY<br>a.k.a. ROMAN HLYNOVSKIY<br>a.k.a. РОМАН ХЛЫНОВСКИЙ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-CR-84<br>JUDGES VARLAN/MCCOOK |

**MOTION FOR LIMITED UNSEALING**

**AND MOTION TO MAINTAIN SEAL**

1. The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, respectfully requests that the Court: (1) authorize the limited public unsealing of the attached redacted copy of the indictment in the above-captioned case; (2) authorize the unsealing of the unredacted indictment solely for disclosure to counsel for the defendant, and (3) keep under seal previously filed Doc. 4 (Affidavit).

2. The 8-Digits Team was a transnational cyber-extortion group and an affiliate of the INC and Lynx ransomware, that targeted schools and healthcare entities. In or around early 2025, the group stole electronic medical records and other sensitive healthcare information from a software company serving hospitals. The group used those records to extort victims by threatening to disclose the private medical information of millions of patients. Its ransom demands reached as high as $500 million for a single victim, and it received multimillion-dollar ransom payments in cryptocurrency.

3. On or about July 31, 2025, Italian law enforcement arrested KHLYNOVSKIY in Italy pursuant to a U.S. request.

4. On or about November 13, 2026, KHLYNOVSKIY was extradited from Italian custody to Knoxville, Tennessee.

5. On August 20, 2025, the Court granted the United States' motion to seal the Indictment in this matter. The United States now moves the Court for a public unsealing of the attached redacted copy of the indictment for the reasons described below.

6. The indictment includes allegations of a sensitive nature, as well as confidential details such as patient records, victim information, and health information–disclosure of this information could potentially have serious negative consequences for the individuals identified in the documents and could potentially result in the publication of personally identifiable information. The indictment also includes cryptocurrency addresses that may jeopardize the ongoing investigation into the wider ransomware scheme. Accordingly, the United States moves the Court to allow the unsealing of this indictment with limited redactions to maintain confidentiality of this material. Similarly, the United States requests that the Court maintain the seal of previously filed Doc. 4 (Affidavit) to protect the ongoing investigation.

7. WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court: (1) authorize the limited public unsealing of the attached redacted copy of the indictment; (2) authorize the unsealing of the unredacted indictment solely for disclosure to counsel for the defendants, and (3) keep under seal previously filed Doc. 4 (Affidavit).

Respectfully submitted,

FRANCIS M. HAMILTON, III
UNITED STATES ATTORNEY

By: s/Jeremy S. Dykes
Jeremy S. Dykes
Assistant United States Attorney
800 Market Street, Suite 211

Knoxville, Tennessee 37902
(865) 545-4167
Jeremy.Dykes@usdoj.gov
MD Bar Member

s/Bryce B. Rosenbower
Bryce B. Rosenbower
Senior Counsel
Criminal Division
Computer Crime and
Intellectual Property Section
1301 New York Avenue, NW
Washington, D.C. 20006
(202) 616-2456
Bryce.Rosenbower@usdoj.gov
DC Bar Member