UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:25-CR-84 |
| | ) | JUDGES VARLAN/MCCOOK |
| ROMAN KHLYNOVSKIY | ) | |
| a.k.a. ROMAN HLYNOVSKIY | ) | |
| a.k.a. РОМАН ХЛЫНОВСКИЙ | ) | |

**UNSEALING ORDER**

The United States previously requested that the Indictment in this case be sealed; the United States now moves the Court to partially lift the seal in this matter. The Court finds that need for the Indictment to be fully sealed has been obviated, and the Clerk's Office is therefore directed to UNSEAL the attached REDACTED copy of the indictment in the above-captioned case; (2) UNSEAL the unredacted indictment solely for disclosure to counsel for the defendant, and (3) maintain under seal previously filed Doc. 4 (Affidavit).

ENTER:

This 16th day of November, 2026.

[signature]
United States Magistrate Judge